# Ex. D

February 8, 2025

Experian,

Please find attached a copy of my credit report. I have circled the incomplete and Inaccurate items within my report.

- American Express 3499924574460473: Recent Payment is incomplete, Monthly Payment is incomplete, Credit Limit is incomplete, Payment History is incomplete.
- Bank Of America 440066XXX the account number is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete.
- BMW Financial Services/Credit 10031XXX is incomplete, Balance is incomplete, Balance Updated is incomplete, Recent Payment is incomplete, Highest Balance is incomplete, Payment History is incomplete.
- CBNA 512106XXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- CCS/First National Bank 423980XXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero.
- CCS/First Savings Bank 543360XXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero.
- Celtic Bank/Contfinco 534636XXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Citi Cards.Citibank 542418XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Communication FCU 433520XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Cortrust Bank 543668XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Discover Bank 601120XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.

- FSB Blaze 518213XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero.
- JPMCB Card 414720XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- JPMCB Card 426690XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- JPMCB Card 438857XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- JPMCB Card 546604XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Navy Federal Cr Union 500001XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Tinker FCU 470415XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Tinker FCU 470415XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance Updated is incomplete, Balance is inaccurate it should be zero, Payment History is incomplete.
- Tinker FCU 967555XXXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete, Balance is inaccurate it should be zero.
- Chapter 7 Bankruptcy is not the furnisher therefore is inaccurate.

Delete the entire item. Its causing my scores to drop which is making me very mad and it consumes my day thinking about this

Vance Dotson
1709 Albany Ave
Oklahoma City OK 73111