

Ex. 1

# What brings you here?

ⓘ Answer this last question and join the 11,497 people who started therapy this week with their tailored therapist match.

> **Tell your therapist what's on your mind.**
> I'm stressed about my credit report and the consumer reporting agencies didn't fix the problem after I told them in writing.

21 words

Include everything that's been on your mind so your therapist is well-informed. If you're done, great work!

**Next**

E

Ex. 2



Close

# Results

## Patient Health Questionnaire



Mild 5-9 | Moderate 10-14 | Moderately Severe 15-19 | Severe 20-27 | Minimal 0-4

**27**
Severe

Based on your score, your depression symptoms may be **severe**. Please note this score is based on the PHQ-9 assessment and is not a diagnosis.

**Next Steps:**
Your score will be shared with your therapist after you are matched with one - consider discussing your results with them.

**Completion Date**
May 20, 2025

View Assessment

## Anxiety Self-Test



Mild 5-9 | Moderate 10-14 | Severe 15-21 | Minimal 0-4

**21**
Severe

Based on your score, your anxiety symptoms may be **severe**. Please note this score is based on the GAD-7 assessment and is not a diagnosis.

Next Steps:

Ex. 3
E

4:44   ..ll LTE 5

# $65.00

BetterHelp
5/20/25, 3:10 PM

**Status: Approved**
CFCU Debit Card

**Total**                $65.00

www.betterhelp.com       >

Contact CFCU

For help with a charge you don't recognize or to dispute a charge, contact CFCU.

Report Incorrect Merchant Info

Wallet uses Maps to provide merchant name, category, and location for your transactions. Help improve accuracy by reporting incorrect information.

# You've been matched! Meet your therapist

 **Antonio Owens**
(LPC)

### About your therapist
I am licensed in Oklahoma with 3 years of professional work experience. I have experience in helping clients with stress and anxiety, coping with addictions, coping with grief and loss, & anger management. I work with my clients to create an open and safe environment where thoughts and feelings can be shared without fear of judgment. Taking the first step to seeking a more fulfilling and happier life takes courage. I am here to support you in that process.

### Specialties
Stress, Anxiety, Addictions, Grief, Anger management, Depression

### Also experienced in:
Abandonment, Attachment issues, Communication problems, Control issues, Divorce and separation, Forgiveness, Guilt and shame, Impulsivity, Life purpose, Men's issues, Mood disorders, Panic disorder and panic attacks, Read more...

### Clinical approaches:
Acceptance and Commitment Therapy (ACT), Cognitive Behavioral Therapy (CBT), Eye Movement Desensitization and Reprocessing (EMDR)

### Services offered
    

**Start setup**

5:59

◀ Messages

.ıll LTE 40

E
Ex. 5

Step 3 of 3

# Schedule a live session



Schedule an Individual Session with your therapist.
Sessions are usually 30 to 45 mins.

**Schedule a session**

E

Ex. 6

**Therapy with Antonio Owens**

May 23, 2025

6:59pm

recap.
1. You should not respond with anger or emotion. You should respond with clear thinking. When you don't think clear you make decisions without thinking about the consequence. It is normal to be upset. But do not do anything that you will regret when upset.

2. You could look at getting a lawyer that works with credit scores; they might be able to help you?

worksheet

📄 Worksheet: Anger Management Skills

Complete worksheet ✏️

worksheet

7:02pm

📄 Worksheet: Relaxation Techniques

Complete worksheet ✏️

Write a message...

Urgent                                          Send

Therapy   Wellness   Schedule   Worksheets   Classes   More