# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON,<br>　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　Defendant. | Civil Action No.: 5:25-cv-00605-SLP |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Experian Information Solutions, Inc. ("Experian"), by its attorneys pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss Plaintiff Vance Dotson's Complaint.

In support, Defendant's Memorandum in Support of its Motion to Dismiss is filed contemporaneously herewith.

Dated:  July 25, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jimmy Goodman*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　JIMMY GOODMAN, OBA #3451
　　　　　　　　　　　　　　　　　　　　CROWE & DUNLEVY
　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　Braniff Building
　　　　　　　　　　　　　　　　　　　　324 North Robinson Ave., Ste. 100
　　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73102
　　　　　　　　　　　　　　　　　　　　(405) 235-7700
　　　　　　　　　　　　　　　　　　　　jimmy.goodman@crowedunlevy.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR EXPERIAN***
　　　　　　　　　　　　　　　　　　　　***INFORMATION SOLUTIONS, INC.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy was also served upon the following by email and U.S. Mail:

Vance Dotson
425 W. Wilshire Blvd., Suite E
Oklahoma City, Oklahoma  73116
vancedotson@yahoo.com
*Pro Se Plaintiff*

                                               */s/ Jimmy Goodman*