## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VANCE DOTSON**<br>　　　　　Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION<br>SOLUTIONS, INC.,**<br>　　　　　Defendants. | ) <br>) **JURY TRIAL DEMANDED**<br>)<br>) Case No.<br>)　　25-CV-00605-SLP<br>)<br>)<br>)<br>)<br>) |

FILED

JUL 2 8 2025

JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____, DEPUTY

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## INTRODUCTION

COMES NOW the Plaintiff Vance Dotson ("Mr. Dotson" or "Plaintiff"), an individual consumer, and for his Complaint against Defendants, Experian Information Solutions, Inc., (referred to as "CRAs or CRA"). Plaintiff alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual, statutory, and punitive damages, costs, brought pursuant to the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §§ 1681-1681x et seq.

2. Inaccuracies and errors plague consumer reporting. Estimates of serious errors range from 3 to 25%. The most recent and definitive FTC study on

1

errors and credit reports found that 21% of consumers had verified errors in their credit reports, 13% had errors that had affected their credit scores, and 5% had errors serious enough to be denied or pay more for credit. *See* FTC Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003 (2012).

3.  This means that 10 million Americans face serious errors in their credit reports that could result in them being denied or paying more for credit.

4.  To give consumers the opportunity to verify the accuracy of data maintained by CRAs, the FCRA requires CRAs to disclose certain information to the consumer upon request. *See* 15 U.S.C. § 1681g; *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2213 (2021) ("As the plaintiff's note, the disclosure and summary-of-rights requirements are designed to protect consumers interest in learning of any inaccuracies in their credit files so that they can promptly correct the files before they are disseminated to third parties.")

5.  Under the Fair Credit Reporting Act (FCRA), specifically 15 U.S.C. § 1681, a **credit file** (often referred to as a "consumer file") encompasses information maintained by a consumer reporting agency (CRA) about a consumer's creditworthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living. This information is

used or expected to be used for purposes such as evaluating eligibility for credit, employment, insurance, or other permissible purposes. Here's a breakdown of what typically encompasses a credit file pursuant to the FCRA:

1. **Identifying Information:**
   - Name (current and former names or aliases).
   - Current and previous addresses.
   - Social Security Number.
   - Date of birth.
   - Phone numbers associated with the consumer.

2. **Credit Account Information:**
   - Details of credit accounts, such as credit cards, mortgages, auto loans, and other debts.
   - Account status (open, closed, current, delinquent, etc.).
   - Credit limits or loan amounts.
   - Payment history, including on-time payments, late payments, or defaults.
   - Balances owed on accounts.

3. **Public Records:**
   - Bankruptcies, foreclosures, liens, or judgments.
   - Other legal actions that may impact creditworthiness.

4. **Collection Accounts:**
   - Information about accounts that have been sent to collection agencies due to non-payment.

5. **Inquiries:**

• Records of entities (e.g., lenders, employers) that have accessed the consumer's credit file.

• Distinction between "hard inquiries" (e.g., applying for credit) and "soft inquiries" (e.g., pre-qualification checks or account reviews).

6. **Other Relevant Information:**

• Employment history (in some cases, if provided by the consumer or furnishers).

• Any consumer statements or disputes filed regarding inaccuracies in the credit file.

6. Defendant, Experian Information Solutions, Inc. ("Experian"), for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., arising from Experian's failure to ensure the accuracy and completeness of trended data in Plaintiff's consumer credit report, failure to disclose all information in Plaintiff's file upon request, and failure to conduct a reasonable reinvestigation of disputed inaccurate trended data.

7. Trended data, as defined by Experian, comprises historical payment and balance information over a 24-month period, including balance amounts, original loan/limit amounts, scheduled payment amounts, actual payment amounts, and last payment dates. This data is critical for lenders to assess a consumer's credit behavior over time, as opposed to a static snapshot provided by traditional credit data.

4

8. Experian, as a consumer reporting agency ("CRA"), has a statutory duty under 15 U.S.C. § 1681e(b) to follow reasonable procedures to assure maximum possible accuracy of the information in consumer credit reports. Under 15 U.S.C. § 1681g(a)(1), Experian is obligated to disclose to the consumer, upon request, all information in the consumer's file at the time of the request. Additionally, under 15 U.S.C. § 1681i, Experian must conduct a reasonable reinvestigation when a consumer disputes the accuracy or completeness of information in their credit report.

9. Experian's failure to ensure the accuracy and completeness of trended data, failure to disclose all information in Plaintiff's file, and failure to reasonably reinvestigate Plaintiff's disputes have caused significant harm to Plaintiff's creditworthiness, resulting in economic and non-economic damages.

10. Experian employees are overseas and never taking over 15 minutes on Plaintiff issues with the dispute.

11. The ACDV forms and Metro 2 Communications will show all the incomplete and inaccurate information.

## JURISDICTION AND VENUE

12. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

13. Venue in this District is proper in that the Defendant regularly conducts business in the State of Oklahoma.

### III.  PARTIES

14. Plaintiff Vance Dotson is a natural person residing in Oklahoma, OK.

15. Plaintiff Vance Dotson is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a, (b) and (c).

16. Upon information and belief, Experian is a California corporation duly authorized and qualified to do business in the State of Oklahoma.

17. Experian is a "consumer reporting agency," as defined in 15 U.S.C. § 1681a(f) and it disburses consumer reports to third parties for monetary compensation.

18. Upon information and belief, Experian is a "consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as defined by 15 U.S.C. § 1681a(p).  Upon information and belief, Experian is regularly engaged in the business of compiling and maintaining files on consumers on a nationwide basis for the purpose of furnishing consumer reports to third parties bearing on a consumer's credit worthiness, credit standing, or credit capacity, each of the following regarding consumer residing nationwide:

   a.  Public record information;

b. Credit account information from persons who furnish that information regularly and in the ordinary course of business.

c. For purposes of this Complaint, any reference to "Defendant" or "Experian" includes, without limitation, the named Defendant, its agents, employees, representatives, attorneys, contractors, business associates, partners, predecessors, successors, assigns, affiliates, parents, subsidiaries, officers, directors, managing agents, and any person or entity acting or purporting to act on its behalf, with its authorization, ratification, or knowledge. It also includes any fictitiously named defendants, and any other third party that participated in, contributed to, or benefited from the violations alleged in this Complaint, whether directly or indirectly.

19.     Credit Reporting is a fact of modern life.

20.     Plaintiff like other consumer in America has no choice on whether private companies such as Experian maintain and sell credit reports on Plaintiff to other companies typically as "users" of credit reports.

21.     Experian is not allowed to report false information.

22.     Experian is not allowed to report incomplete information.

23.     Experian is not allowed to report inaccurate information.

24.    Experian is not allowed under the law to report incomplete information.

25.    Congress passed the FCRA and specifically stated in Section 1681(a)(4) that "There is a need to ensure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumers right to privacy."

26.    When a consumer, such as Plaintiff realizes there is false or incomplete information on their credit reports or consumer disclosures, Plaintiff has the right to dispute this with Experian.

27.    The consumer simply disputes (verbally by phone, online, by fax, or by mail) to Experian and requests an investigation of information so that the information will be corrected (if possible) or deleted.

28.    Experian must notify the furnisher(s) of the dispute within the time limits set forth by the FCRA.

29.    If Experian does not notify the furnisher(s) as required by the FCRA, this is a violation of the FCRA by Experian.

30.    Experian must do its own reasonable investigation into the dispute which includes examining all information Experian has or can reasonably obtain to assist in the investigation.

31.    Experian must correct inaccurate or incomplete information or delete the account if the account to be inaccurate or incomplete or cannot be verified for accuracy also Experian has Plaintiff social security number reporting inaccurately reporting within the report produced labeled as **SSN Variations.**

## IV.   FACTS OF THE COMPLAINT

32. On or about February 6, 2025, Mr. Dotson obtained copies of his consumer credit disclosures from Experian through www.annualcreditreport.com. Ex. 1

### Experian

33. Experian was also required under 15 U.S.C. § 1681g(a) to clearly and accurately disclose to Mr. Dotson all the information in his file, subject to the same limited exception regarding truncation of the Social Security number. Ex.3 and Ex. 6

34. Experian's disclosure omitted critical trended data information contained within his credit file, thereby failing to meet this requirement.

35. The omitted trended data included inaccurate information, incomplete, inaccurate, or misleading in such a way and to such an extent that it can be expected to adversely affect credit decisions, specifically with respect to actual payment amounts, balance amounts, and payment histories.

36. The incomplete trended data included, but was not limited to, missing or unreported actual payment amounts, inconsistent reporting of balance trends, and incomplete payment histories over the 24-month period covered by Experian's trended data product. For example, Experian failed to report actual payment amounts for Plaintiff's credit card accounts, showing zero or no data for multiple months, despite Plaintiff consistently paying more than the minimum due.

37. Experian failed to disclose all information in Plaintiff's file at the time of the request, including complete trended data fields such as actual payment amounts and historical balance trends, which are critical components of Plaintiff's credit file used by lenders to assess creditworthiness.

38. On or about February 8, 2025, Plaintiff disputed the incomplete and inaccurate trended data with Experian, pursuant to 15 U.S.C. § 1681i, providing detailed information about the inaccuracies, including the actual disclosure giving from annual credit report dot com and a very detailed dispute outline the omitted trended data that creditor used to consider Plaintiff credit worthiness. Ex.4 Experian failed to conduct a reasonable reinvestigation of the disputed information, as it did not correct the incomplete and inaccurate trended data or contact the relevant data furnishers to verify the accuracy of the reported information.

39. Experian's own marketing materials, as published on its website (https://www.experian.com/business/solutions/advanced-analytics/trended-data) last visited July 28, 2025, state that trended data is essential for lenders to "get greater insights into customers to better determine their creditworthiness" and that "utilizing trended data in scoring models can improve lift" compared to traditional credit attributes. Despite this acknowledgment, Experian failed to ensure the accuracy and completeness of trended data in Plaintiff's report, failed to disclose complete trended data upon request, and failed to reinvestigate Plaintiff's disputes.

40. The incomplete and inaccurate trended data distorted Plaintiff's credit profile, misrepresenting their financial behavior and obscuring positive trends, such as consistent on-time payments, reductions in credit utilization, or payments exceeding the minimum due. This misrepresentation caused lenders to inaccurately assess Plaintiff's creditworthiness, leading to adverse credit decisions.

41. Experian's failure to disclose all information in Plaintiff's file prevented Plaintiff from fully identifying and addressing inaccuracies in their credit report. Additionally, Experian's failure to conduct a reasonable

reinvestigation perpetuated the inaccuracies, as the incomplete trended data remained uncorrected, further harming Plaintiff's creditworthiness.

42. The Consumer Financial Protection Bureau ("CFPB") has noted that alternative data, such as trended data, is often less accessible to consumers, limiting transparency and complicating the dispute process. Plaintiff faced significant challenges in identifying and correcting incomplete trended data due to Experian's failure to disclose complete information and its inadequate reinvestigation procedures.

43. The Accounts with known inaccuracies or incomplete omitted trended data included and or not the source of the information was giving: American Express 3499924574460473, Bank of America 440066XXX, BMW Financial Services 10031XXX, CBNA 512106XXXX, CCS/First National Bank 423980XXXX, CCS/First Savings Bank 543360XXXX, Celtic Bank/Contfinco 534636XXXX, Citi Cards 542418XXXX, Communication FCU 43352XXXX, Cortrust Bank 543668XXXX, Discovery Bank 601120XXXX, FSB Blaze 518213XXXX, JPMCB Card 414720XXXX, JPMCB 426690XXXX, JPMCB 438857XXXX, JPMCB 546604XXXX, Navy Federal Cr Union 5000001XXXX, Tinker FCU 470415XXXX, Tinker FCU 470415XXXX, Tinker FCU 967555XXXX, Chapter 7 22112371SAH, among others.

44. Rather than comply with the FCRA, each Defendant knowingly and intentionally failed to disclose all of the information in Mr. Dotson's credit file. These omissions appear to have been driven by a desire to reduce operating costs and increase profitability. From looking at the account numbers along Plaintiff can't tell if the accounts belong to him or not Plaintiff is left confused.

45. Accordingly, Experian violations of the FCRA were willful.

46. Mr. Dotson is entitled to receive a complete, accurate, and transparent disclosure of his credit file from each CRA upon demand, at least once a year and without charge, and that disclosure must be presented clearly and accurately. *See* 15 U.S.C. § 1681j.

47. By failing to meet this requirement, Defendants deprived Mr. Dotson of a right expressly granted by federal law.

48. These violations were willful, not negligent, and were carried out through systemic procedures that prioritized internal efficiency over the accuracy and completeness of consumer disclosures. Defendants' practices suggest an institutional disregard for their statutory obligations under the FCRA.

## CAUSES OF ACTION

49. This suit is based upon the Defendants' violations of the Fair Credit Reporting Act.

13

50. All causes of action were the producing causes of damages, which Mr. Dotson suffered so much Plaintiff seeks on going counseling from www.BetterHelp.com all because of Experian actions and inactions as talked about on or about May 20, 2025 Which is $65 a week until the filing of this Amended Complaint. Ex. 5

51. These account(s) will be referred to as "Accounts" in the Complaint.

52. These account(s) is inaccurate and incomplete and never was re-investigated by Experian let along looked at the accuracy or incompleteness never changed from Plaintiff dispute.

53. American Express, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Credit Limit as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

54. Bank of America 440066XXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. c.

Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate.

55. BMW Financial Services 100313XXXXXXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Balance Uploaded as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Highest Balance as inaccurate. g. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

56. CBNA 512106XXXXXXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly

Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

57. CCS/First National Bank 423980XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate.

58. CCS/First Saving Bank 543360XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate.

59. Celtic Bank/Contfinco 534636XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

60. Citi Cards/CitiBank 542418XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

61. Communication FCU 433520XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and

accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

62. Cortrust Bank NA 543668XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

63. Discover Bank 601120XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as

18

inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

64. JPMCB CARD 414720XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

65. JPMCB CARD 426690XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness

and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

66. JPMCB CARD 438857XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

67. JPMCB CARD 546604XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

68. Navy Federal CR Union 5000001XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

69. Tinker FCU 470415XXXXX, February 6, 2025 report (Ex. 1 Before Annual Credit Report) a. Plaintiff disputed the incompleteness and accuracy of the Account Number as inaccurate. b. Plaintiff disputed the incompleteness and accuracy of the Balance as inaccurate. c. Plaintiff disputed the incompleteness and accuracy of the Recent Payment as inaccurate. d. Plaintiff disputed the incompleteness and accuracy of the Monthly Payment as inaccurate. e. Plaintiff disputed the incompleteness and accuracy of the Terms as inaccurate. f. Plaintiff disputed the incompleteness and accuracy of the Payment History as inaccurate.

70. After Experian failed re-investigation attempt nothing was ever changed from the inaccurate, incomplete, false, omitted trended data.

71. BMW            Financial            Service/Credit            100313...

1a. Account Number is still incomplete and inaccurate after Experian re-investigation.

1b. Recent Balance is still incomplete and inaccurate after Experian re-investigation.

1c. High Balance is still incomplete and inaccurate after Experian re-investigation.

1d. Payment History is still incomplete and inaccurate after Experian re-investigation.

1e. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

72. American            Express            3499924574460473...

2a. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

2b. Credit Limit is still incomplete and inaccurate after Experian re-investigation.

2c. Payment History is still incomplete and inaccurate after Experian re-investigation.

73. Citi            Cards/CitiBank            542418130451...

3a. Account Number is still incomplete and inaccurate after Experian re-

investigation.

3b. Terms is still incomplete and inaccurate after Experian re-investigation.

3c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

3d. Payment History is still incomplete and inaccurate after Experian re-investigation.

3e. February of 2025 Payment History is still incomplete and inaccurate after Experian re-investigation.

3f. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

3g. November of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

3h. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3i. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3j. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3k. December of 2024 Actual Amount Paid is still incomplete and

23

inaccurate after Experian re-investigation.

3l. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3m. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3n. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3o. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3p. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3q. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3r. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3s. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3t. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3u. July of 2024 Actual Amount Paid is still incomplete and inaccurate after

Experian re-investigation.

3v. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3w. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3x. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3y. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3z. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3aa. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3bb. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3cc. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3dd. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3ee. February of 2024 Actual Amount Paid is still incomplete and

inaccurate after Experian re-investigation.

3ff. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3gg. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3hh. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3ii. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3jj. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3kk. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3ll. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3mm. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3nn. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3oo. September of 2023 Actual Amount Paid is still incomplete and

inaccurate after Experian re-investigation.

3pp. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3qq. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3rr. July of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3ss. July of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3tt. June of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3uu. June of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3vv. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3ww. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

3xx. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

3yy. April of 2023 Actual Amount Paid is still incomplete and inaccurate

after                    Experian                    re-investigation.

3zz. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

3aaa. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

74. Bank            of            America            440066903539...

4a. Account Number is still incomplete and inaccurate after Experian re-investigation.

4b. Terms is still incomplete and inaccurate after Experian re-investigation.

4c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

4d. Payment History is still incomplete and inaccurate after Experian re-investigation.

4e. April of 2024 Payment History is still incomplete and inaccurate after Experian                    re-investigation.

4f. June of 2023 Payment History is still incomplete and inaccurate after Experian                    re-investigation.

4g. June of 2022 Payment History is still incomplete and inaccurate after Experian                    re-investigation.

4h. June of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

4i. June of 2020 Payment History is still incomplete and inaccurate after Experian re-investigation.

4j. February of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4k. February of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4l. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4m. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4n. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4o. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4p. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4q. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

29

4r. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4s. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4t. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4u. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4v. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4w. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4x. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4y. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4z. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4aa. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4bb. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4cc. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4dd. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4ee. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4ff. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4gg. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4hh. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4ii. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4jj. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4kk. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4ll. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4mm. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4nn. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4oo. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4pp. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4qq. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4rr. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4ss. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4tt. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4uu. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4vv. July of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4ww. July of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4xx. June of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4yy. June of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4zz. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4aaa. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4bbb. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4ccc. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

4ddd. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

4eee. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

75. JPMCB                          CARD                          426690206452...

5a. Account Number is still incomplete and inaccurate after Experian re-investigation.

5b. Terms is still incomplete and inaccurate after Experian re-investigation.

5c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

5d. Payment History is still incomplete and inaccurate after Experian re-investigation.

5e. January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

5f. February of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

5g. March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

5h. April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

5i. May of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

5j. June of 2023 Payment History is still incomplete and inaccurate after

Experian                                                            re-investigation.

5k. July of 2023 Payment History is still incomplete and inaccurate after Experian                                                            re-investigation.

5l. February of 2025 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

5m. February of 2025 Actual Amount Paid is still incomplete and inaccurate          after          Experian          re-investigation.

5n. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

5o. January of 2025 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

5p. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

5q. December of 2024 Actual Amount Paid is still incomplete and inaccurate          after          Experian          re-investigation.

5r. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

5s. November of 2024 Actual Amount Paid is still incomplete and inaccurate          after          Experian          re-investigation.

5t. October of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

5u. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5v. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5w. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5x. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5y. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5z. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5aa. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5bb. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5cc. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5dd. May of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

5ee. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5ff. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5gg. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5hh. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5ii. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5jj. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5kk. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5ll. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5mm. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5nn. December of 2023 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

5oo. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5pp. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5qq. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5rr. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5ss. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5tt. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5uu. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

5vv. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

5ww. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

76. CBNA                                      512106521599...

6a. Account Number is still incomplete and inaccurate after Experian re-investigation.

6b. Terms is still incomplete and inaccurate after Experian re-investigation.

6c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

6d. Payment History is still incomplete and inaccurate after Experian re-investigation.

6e. September of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

6f. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

6g. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

6h. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6i. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6j. November of 2024 Actual Amount Paid is still incomplete and inaccurate

after                    Experian                    re-investigation.

6k. October of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6l. September of 2024 Actual Amount Paid is still incomplete and inaccurate            after            Experian            re-investigation.

6m. August of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6n. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian                                        re-investigation.

6o. June of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6p. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian                                        re-investigation.

6q. April of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6r. March of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6s. February of 2024 Actual Amount Paid is still incomplete and inaccurate after                    Experian                    re-investigation.

6t. January of 2024 Actual Amount Paid is still incomplete and inaccurate

after Experian re-investigation.

6u. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6v. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6w. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6x. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6y. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6z. July of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6aa. June of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6bb. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

6cc. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

41

6dd. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

77. JPMCB                          CARD                          438857608315...

7a. Account Number is still incomplete and inaccurate after Experian re-investigation.

7b. Terms is still incomplete and inaccurate after Experian re-investigation.

7c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

7d. Payment History is still incomplete and inaccurate after Experian re-investigation.

7e. January of 2023 Payment History is still incomplete and inaccurate after             Experian             re-investigation.

7f. February of 2023 Payment History is still incomplete and inaccurate after             Experian             re-investigation.

7g. March of 2023 Payment History is still incomplete and inaccurate after Experian             re-investigation.

7h. April of 2023 Payment History is still incomplete and inaccurate after Experian             re-investigation.

7i. June of 2023 Payment History is still incomplete and inaccurate after

Experian                                        re-investigation.

7j. July of 2023 Payment History is still incomplete and inaccurate after Experian                                        re-investigation.

7k. February of 2025 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

7l. February of 2025 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

7m. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

7n. January of 2025 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

7o. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

7p. December of 2024 Actual Amount Paid is still incomplete and inaccurate        after        Experian        re-investigation.

7q. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

7r. November of 2024 Actual Amount Paid is still incomplete and inaccurate        after        Experian        re-investigation.

7s. October of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

7t. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7u. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7v. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7w. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7x. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7y. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7z. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7aa. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7bb. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7cc. May of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

7dd. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7ee. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7ff. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7gg. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7hh. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7ii. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7jj. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7kk. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7ll. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7mm. December of 2023 Scheduled Payment Amount is still incomplete

and inaccurate after Experian re-investigation.

7nn. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7oo. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7pp. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7qq. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7rr. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7ss. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7tt. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

7uu. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

7vv. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

78. Navy    Federal    Cr    Union    500000140695540601...

8a. Account Number is still incomplete and inaccurate after Experian re-investigation.

8b. Terms is still incomplete and inaccurate after Experian re-investigation.

8c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

8d. Payment History is still incomplete and inaccurate after Experian re-investigation.

8e. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

8f. November of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

8g. January of 2025 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8h. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8i. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8j. December of 2024 Date Payment Received is still incomplete and

inaccurate after Experian re-investigation.

8k. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8l. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8m. November of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8n. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8o. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8p. October of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8q. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8r. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8s. September of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8t. September of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

8u. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8v. August of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8w. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8x. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8y. July of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8z. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8aa. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8bb. June of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8cc. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8dd. June of 2024 Actual Amount Paid is still incomplete and inaccurate

after              Experian                     re-investigation.

8ee. May of 2024 Date Payment Received is still incomplete and inaccurate after              Experian                     re-investigation.

8ff. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

8gg. May of 2024 Actual Amount Paid is still incomplete and inaccurate after              Experian                     re-investigation.

8hh. April of 2024 Date Payment Received is still incomplete and inaccurate        after        Experian        re-investigation.

8ii. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

8jj. April of 2024 Actual Amount Paid is still incomplete and inaccurate after              Experian                     re-investigation.

8kk. March of 2024 Date Payment Received is still incomplete and inaccurate        after        Experian        re-investigation.

8ll. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate        after        Experian        re-investigation.

8mm. March of 2024 Actual Amount Paid is still incomplete and inaccurate after              Experian                     re-investigation.

8nn. February of 2024 Date Payment Received is still incomplete and

inaccurate after Experian re-investigation.

8oo. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8pp. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8qq. January of 2024 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8rr. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8ss. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8tt. December of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8uu. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8vv. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8ww. November of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8xx. November of 2023 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

8yy. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8zz. October of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8aaa. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8bbb. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8ccc. September of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8ddd. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8eee. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8fff. August of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8ggg. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8hhh. August of 2023 Actual Amount Paid is still incomplete and

inaccurate after Experian re-investigation.

8iii. July of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8jjj. July of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8kkk. July of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8lll. June of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8mmm. June of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8nnn. June of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8ooo. May of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8ppp. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8qqq. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8rrr. April of 2023 Date Payment Received is still incomplete and

inaccurate after Experian re-investigation.

8sss. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8ttt. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

8uuu. March of 2023 Date Payment Received is still incomplete and inaccurate after Experian re-investigation.

8vvv. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

8www. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

79. JPMCB                    CARD                    54664202031...

9a. Account Number is still incomplete and inaccurate after Experian re-investigation.

9b. Terms is still incomplete and inaccurate after Experian re-investigation.

9c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

9d. Payment History is still incomplete and inaccurate after Experian re-investigation.

9e. January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9f. February of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9g. March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9h. April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9i. June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9j. July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

9k. December of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

9l. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9m. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9n. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9o. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9p. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9q. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9r. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9s. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9t. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9u. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9v. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9w. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9x. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9y. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9z. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9aa. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9bb. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9cc. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9dd. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9ee. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9ff. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9gg. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9hh. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9ii. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9jj. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9kk. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9ll. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9mm. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9nn. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9oo. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9pp. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9qq. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9rr. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9ss. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

9tt. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

9uu. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

80. Cortrust    Bank    NA    543668400024...

10a. Account Number is still incomplete and inaccurate after Experian re-investigation.

10b. Terms is still incomplete and inaccurate after Experian re-investigation.

10c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

10d. Payment History is still incomplete and inaccurate after Experian re-investigation.

10e. January of 2025 Payment History is still incomplete and inaccurate after Experian re-investigation.

10f. November of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

10g. June of 2023 Payment History is still incomplete and inaccurate after

59

Experian                                                    re-investigation.

10h. July of 2023 Payment History is still incomplete and inaccurate after Experian                                                    re-investigation.

10i. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

10j. January of 2025 Actual Amount Paid is still incomplete and inaccurate after          Experian          re-investigation.

10k. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

10l. December of 2024 Actual Amount Paid is still incomplete and inaccurate          after          Experian          re-investigation.

10m. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

10n. November of 2024 Actual Amount Paid is still incomplete and inaccurate          after          Experian          re-investigation.

10o. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

10p. October of 2024 Actual Amount Paid is still incomplete and inaccurate after          Experian          re-investigation.

10q. September of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

10r. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10s. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10t. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10u. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10v. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10w. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10x. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10y. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10z. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10aa. April of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

10bb. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10cc. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10dd. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10ee. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10ff. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10gg. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10hh. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10ii. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10jj. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10kk. November of 2023 Scheduled Payment Amount is still incomplete

and inaccurate after Experian re-investigation.

10ll. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10mm. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10nn. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10oo. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10pp. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10qq. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10rr. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10ss. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10tt. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10uu. May of 2023 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

10vv. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10ww. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10xx. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

10yy. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

10zz. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

81. Celtic                Bank/Contfinco                534636029612...

11a. Account Number is still incomplete and inaccurate after Experian re-investigation.

11b. Terms is still incomplete and inaccurate after Experian re-investigation.

11c. Recent Balance is still incomplete and inaccurate after Experian re-investigation.

11d. Payment History is still incomplete and inaccurate after Experian re-investigation.

11e. January of 2025 Payment History is still incomplete and inaccurate after Experian re-investigation.

11f. January of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11g. February of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11h. March of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11i. April of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11j. May of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11k. June of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11l. July of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11m. August of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11n. September of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11o. October of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11p. November of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11q. December of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

11r. January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11s. February of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11t. March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11u. April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11v. May of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11w. June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11x. July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

66

11y. August of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11z. September of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11aa. October of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11bb. November of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11cc. December of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

11dd. January of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ee. February of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ff. March of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11gg. April of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11hh. May of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ii. June of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11jj. July of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11kk. August of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ll. September of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11mm. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11nn. November of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11oo. December of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

11pp. January of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11qq. February of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11rr. March of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ss. April of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11tt. May of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11uu. June of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11vv. July of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ww. August of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11xx. September of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11yy. October of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11zz. November of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11aaa. December of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

11bbb. October of 2020 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ccc. November of 2020 Payment History is still incomplete and inaccurate after Experian re-investigation.

11ddd. December of 2020 Payment History is still incomplete and inaccurate after Experian re-investigation.

11eee. February of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11fff. February of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11ggg. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11hhh. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11iii. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11jjj. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11kkk. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11lll. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

70

11mmm. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11nnn. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11ooo. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11ppp. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11qqq. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11rrr. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11sss. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11ttt. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11uuu. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11vvv. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11www. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11xxx. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11yyy. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11zzz. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11aaaa. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11bbbb. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11cccc. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11dddd. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11eeee. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11ffff. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11gggg. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11hhhh. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11iiii. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11jjjj. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11kkkk. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11llll. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11mmmm. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11nnnn. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11oooo. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11pppp. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11qqqq. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11rrrr. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11ssss. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11tttt. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11uuuu. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11vvvv. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

11wwww. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

11xxxx. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

82. Discover                     Bank                     601120885568...

12a. Account Number is still incomplete and inaccurate after Experian re-investigation.

12b. Terms is still incomplete and inaccurate after Experian re-

74

investigation.

12c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

12d. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12e. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12f. December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12g. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12h. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12i. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12j. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12k. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12l. September of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

12m. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12n. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12o. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12p. July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12q. July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12r. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12s. June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12t. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12u. May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12v. April of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

12w. April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12x. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12y. March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12z. February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12aa. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12bb. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12cc. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12dd. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12ee. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12ff. November of 2023 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

12gg. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12hh. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12ii. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12jj. September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12kk. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12ll. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12mm. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12nn. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12oo. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12pp. April of 2023 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

12qq. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

12rr. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

12ss. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

83. American                    Express                    3499924574460473...

13a. Account Number is still incomplete and inaccurate after Experian re-investigation.

13b. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

13c. Credit Limit or Original Amount is still incomplete and inaccurate after Experian re-investigation.

84. Bank            of            America            440066903539...

14a. Account Number is still incomplete and inaccurate after Experian re-investigation.

14b. Terms is still incomplete and inaccurate after Experian re-investigation.

14c. Monthly Payment is still incomplete and inaccurate after Experian re-

investigation.

14d. April of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation.

14e. June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation.

14f. June of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

14g. June of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

14h. June of 2020 Payment History is still incomplete and inaccurate after Experian re-investigation.

14i. February of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14j. February of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14k. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14l. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14m. December of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

14n. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14o. November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14p. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14q. October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14r. October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14s. September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14t. September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14u. August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14v. August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14w. July of 2024 Scheduled Payment Amount is still incomplete and

inaccurate          after          Experian          re-investigation.

14x. July of 2024 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

14y. June of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

14z. June of 2024 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

14aa. May of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

14bb. May of 2024 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

14cc. April of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

14dd. April of 2024 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

14ee. March of 2024 Scheduled Payment Amount is still incomplete and inaccurate          after          Experian          re-investigation.

14ff. March of 2024 Actual Amount Paid is still incomplete and inaccurate after                Experian                re-investigation.

14gg. February of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation.

14hh. February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14ii. January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14jj. January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14kk. December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14ll. December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14mm. November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14nn. November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14oo. October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14pp. October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14qq. September of 2023 Scheduled Payment Amount is still incomplete

and inaccurate after Experian re-investigation.

14rr. September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14ss. August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14tt. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14uu. May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14vv. May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14ww. April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14xx. April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

14yy. March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

14zz. March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

85. BMW            Financial            Services/Credit            100313...

15a. Account Number is still incomplete and inaccurate after Experian re-investigation.

15b. Recent Balance is still incomplete and inaccurate after Experian re-investigation.

15c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

15d. High Balance is still incomplete and inaccurate after Experian re-investigation.

15e. October of 2022 Payment History is still incomplete and inaccurate after            Experian            re-investigation.

15f. August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

86. CBNA            512106521599...

16a. Account Number is still incomplete and inaccurate after Experian re-investigation.

16b. Terms is still incomplete and inaccurate after Experian re-investigation.

16c. Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

16d. September of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

16e. October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation.

16f. January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

16g. January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

16h. December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

16i. November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

87. CBNA 512106521599... 17 a Account Number is still incomplete and inaccurate after Experian re-investigation. 17 b Terms is still incomplete and inaccurate after Experian re-investigation. 17 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 17 d September of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 17 e October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 17 f January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after

Experian re-investigation. 17 g January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 h December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 i November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 j October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 k September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 l August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 m July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 n June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 o May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 p April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 q March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 r February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 s January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 t December of 2023

Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 u November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 v October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 w September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 x August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 y May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 z April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 17 aa March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

88. CITI CARDS/CITIBANK 542418130451... 18 a Account Number is still incomplete and inaccurate after Experian re-investigation. 18 b Terms is still incomplete and inaccurate after Experian re-investigation. 18 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 18 d February of 2025 Payment History is still incomplete and inaccurate after Experian re-investigation. 18 e October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 18 f November of 2022 Payment History is still incomplete

88

and inaccurate after Experian re-investigation. 18 g January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 h January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 i December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 j December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 k November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 l November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 m October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 n October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 o September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 p September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 q August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 r August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 s July of 2024 Scheduled Payment

Amount is still incomplete and inaccurate after Experian re-investigation. 18 t July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 u June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 v June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 w May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 x May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 y April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 z April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 aa March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 bb March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 cc February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 dd February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 ee January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 ff January of 2024 Actual Amount Paid is still

90

incomplete and inaccurate after Experian re-investigation. 18 gg December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 hh December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 ii November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 jj November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 kk October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 ll October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 mm September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 nn September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 oo August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 pp August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 qq May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 18 rr May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 ss April of 2023 Scheduled Payment

Amount is still incomplete and inaccurate after Experian re-investigation. 18 tt April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 18 uu March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

89. Communication FCU 433520530007... 19 a Account Number is still incomplete and inaccurate after Experian re-investigation. 19 b Terms is still incomplete and inaccurate after Experian re-investigation. 19 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 19 d February of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 e January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 f December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 g November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 h October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 i September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 j August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 k July of 2024 Actual Amount Paid is still

incomplete and inaccurate after Experian re-investigation. 19 l June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 m May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 n April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 o March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 p March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 q February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 r February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 s January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 t January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 u December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 v December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 w November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

93

19 x November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 y October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 z October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 aa September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 bb September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 cc August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 dd August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 ee May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 ff May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 gg April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 19 hh April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 19 ii March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

90. Cortrust Bank NA 543668400024... 20 a Account Number is still incomplete and inaccurate after Experian re-investigation. 20 b Terms is still incomplete and inaccurate after Experian re-investigation. 20 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 20 d January of 2025 Payment History is still incomplete and inaccurate after Experian re-investigation. 20 e November of 2024 Payment History is still incomplete and inaccurate after Experian re-investigation. 20 f June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 20 g July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 20 h January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 i January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 j December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 k December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 l November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 m November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 n October of 2024 Scheduled

95

Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 o October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 p September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 q September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 r August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 s August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 t July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 u July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 v June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 w June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 x May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 y May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 z April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 aa April of 2024 Actual Amount Paid is still

incomplete and inaccurate after Experian re-investigation. 20 bb March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 cc March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 dd February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 ee February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 ff January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 gg January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 hh December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 ii December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 jj November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 kk November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 ll October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 mm October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 nn

97

September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 oo September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 pp August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 qq August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 rr May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 ss May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 tt April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 uu April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 20 vv March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 20 ww March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

91. Discover Bank 601120885568... 21 a Account Number is still incomplete and inaccurate after Experian re-investigation. 21 b Terms is still incomplete and inaccurate after Experian re-investigation. 21 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation.

21 d January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 e January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 f December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 g December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 h November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 i November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 j October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 k October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 l September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 m September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 n August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 o August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 p July of 2024 Scheduled Payment Amount is still

99

incomplete and inaccurate after Experian re-investigation. 21 q July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 r June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 s June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 t May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 u May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 v April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 w April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 x March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 y March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 z February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 aa February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 bb January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 cc January of 2024 Actual Amount Paid is still incomplete and

100

inaccurate after Experian re-investigation. 21 dd December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 ee December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 ff November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 gg November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 hh October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 ii October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 jj September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 kk September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 ll August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 mm August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 nn July of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 21 oo July of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 pp June of 2023 Actual

101

Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 qq May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 rr April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 21 ss March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

92. JPMCB Card 426690206452... 22 a Account Number is still incomplete and inaccurate after Experian re-investigation. 22 b Terms is still incomplete and inaccurate after Experian re-investigation. 22 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 22 d January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 e February of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 f March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 g April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 h May of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 i June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 j July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 22 k February

of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 l February of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 m January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 n January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 o December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 p December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 q November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 r November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 s October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 t October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 u September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 v September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 w August of 2024 Scheduled Payment Amount is still incomplete and

inaccurate after Experian re-investigation. 22 x August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 y July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 z July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 aa June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 bb June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 cc May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 dd May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 ee April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 ff April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 gg March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 hh March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 ii February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 jj February of 2024 Actual Amount Paid is still incomplete and inaccurate after

Experian re-investigation. 22 kk January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 ll January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 mm December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 nn December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 oo November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 pp November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 qq October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 rr October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 ss September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 tt September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 22 uu August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 22 vv August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

93. JPMCB Card 438857608315... 23 a Account Number is still incomplete and inaccurate after Experian re-investigation. 23 b Terms is still incomplete and inaccurate after Experian re-investigation. 23 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 23 d January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 e February of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 f March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 g April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 h May of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 i June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 j July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 23 k February of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 l February of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 m January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 n January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-

investigation. 23 o December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 p December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 q November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 r November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 s October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 t October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 u September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 v September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 w August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 x August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 y July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 z July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 aa June of 2024 Scheduled Payment Amount is still

incomplete and inaccurate after Experian re-investigation. 23 bb June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 cc May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 dd May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 ee April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 ff April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 gg March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 hh March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 ii February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 jj February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 kk January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 ll January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 mm December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 nn December of 2023 Actual Amount Paid is still

incomplete and inaccurate after Experian re-investigation. 23 oo November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 pp November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 qq October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 rr October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 ss September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 tt September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 23 uu August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 23 vv August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

94. JPMCB Card 546604202031... 24 a Account Number is still incomplete and inaccurate after Experian re-investigation. 24 b Terms is still incomplete and inaccurate after Experian re-investigation. 24 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 24 d January of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 e February of 2023 Payment History is still

109

incomplete and inaccurate after Experian re-investigation. 24 f March of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 g April of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 h May of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 i June of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 j July of 2023 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 k December of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 24 l January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 m January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 n December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 o December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 p November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 q November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 r October of 2024 Scheduled Payment Amount is still incomplete and

110

inaccurate after Experian re-investigation. 24 s October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 t September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 u September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 v August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 w August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 x July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 y July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 z June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 aa June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 bb May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 cc May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 dd April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 ee April of 2024 Actual Amount Paid is still incomplete and inaccurate

111

after Experian re-investigation. 24 ff March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 gg March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 hh February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 ii February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 jj January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 kk January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 ll December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 mm December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 nn November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 oo November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 pp October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 qq October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 rr September of 2023

112

Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 ss September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 24 tt August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 24 uu August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

95. Navy Federal Cr Union 50000014060955540601... 25 a Account Number is still incomplete and inaccurate after Experian re-investigation. 25 b Terms is still incomplete and inaccurate after Experian re-investigation. 25 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 25 d October of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 25 e November of 2022 Payment History is still incomplete and inaccurate after Experian re-investigation. 25 f January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 g January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 h December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 i December of 2024 Actual Amount Paid is still incomplete and inaccurate after

Experian re-investigation. 25 j November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 k November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 l October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 m October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 n September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 o September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 p August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 q August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 r July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 s July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 t June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 u June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 v May of 2024 Scheduled Payment Amount is still

incomplete and inaccurate after Experian re-investigation. 25 w May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 x April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 y April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 z March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 aa March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 bb February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 cc February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 dd January of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 ee January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 ff December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 gg December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 hh November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 ii November of 2023 Actual

115

Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 jj October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 kk October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 ll September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 mm September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 nn August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 oo August of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 pp May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 qq May of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 rr April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 ss April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 25 tt March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 25 uu March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

116

96. Tinker FCU 9675552... 26 a Account Number is still incomplete and inaccurate after Experian re-investigation. 26 b Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 26 c January of 2025 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 d January of 2025 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 e December of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 f December of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 g November of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 h November of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 i October of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 j October of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 k September of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 l September of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 m August of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation.

117

26 n August of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 o July of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 p July of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 q June of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 r June of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 s May of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 t May of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 u April of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 v April of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 w March of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 x March of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 y February of 2024 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 z February of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 aa January of 2024

Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 bb January of 2024 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 cc December of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 dd December of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 ee November of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 ff November of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 gg October of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 hh October of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 ii September of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 jj September of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 kk August of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 ll May of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 mm May of 2023 Actual Amount Paid is still incomplete

and inaccurate after Experian re-investigation. 26 nn April of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 oo April of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation. 26 pp March of 2023 Scheduled Payment Amount is still incomplete and inaccurate after Experian re-investigation. 26 qq March of 2023 Actual Amount Paid is still incomplete and inaccurate after Experian re-investigation.

97. Tinker FCU 470415150098... 27 a Account Number is still incomplete and inaccurate after Experian re-investigation. 27 b Terms is still incomplete and inaccurate after Experian re-investigation. 27 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 27 d Recent Balance is still incomplete and inaccurate after Experian re-investigation.

98. Tinker FCU 470415150086... 28 a Account Number is still incomplete and inaccurate after Experian re-investigation. 28 b Terms is still incomplete and inaccurate after Experian re-investigation. 28 c Monthly Payment is still incomplete and inaccurate after Experian re-investigation. 28 d April of 2021 Payment History is still incomplete and inaccurate after Experian re-investigation.

## FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1681g

99. Plaintiff incorporates by reference each of the allegations set forth in the preceding paragraphs.

100. Defendants violated the FCRA.

101. Defendants' violations include, but are not limited to, the following:

Experian failed to disclose to Plaintiff, upon request, all information in their file at the time of the request, including complete trended data fields such as actual payment amounts, Terms, Monthly Payment(s), Recent Balance(s), Scheduled Payment Amount(s), Actual Amount Paid(s), and historical balance trends. This failure violated 15 U.S.C. § 1681g(a)(1), which mandates that CRAs provide consumers with all information in their file upon request, thereby depriving Plaintiff of the opportunity to identify and correct inaccuracies in their credit report.

102. Experian conduct in violating the FCRA was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and in an amount to be determined pursuant to 15 U.S.C. § 1681n.

103. In the alternative, they were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

## SECOND CLAIM FOR RELIEF
### 15 U.S.C. § 1681i

121

104. Plaintiff incorporates by reference each of the allegations set forth in the preceding paragraphs.

105. Experian violated multiple sections of § 1681i, including but not limited to: (1) failing to conduct a reasonable reinvestigation to determine whether the disputed trended data information was inaccurate and record the current status of the disputed information or delete the item from Plaintiff's credit file in violation of § 1681i(a)(1); (2) failing to review and consider all relevant information submitted by Plaintiff in violation of §1681i(a)(4); (3) failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation of § 1681i(a)(5)(A); and (4) failing to promptly delete the disputed, inaccurate information from Plaintiff's credit file in violation of § 1681i(a)(5)(A). Ex. 2

106. As a result of Experian conduct, Plaintiff suffered concrete and particularized harm, including, without limitation: loss of credit, credit damage, damage to reputation, embarrassment, humiliation, and other emotional distress.

107. Experian conduct in violating § 1681i was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and in an amount to be determined pursuant to 15 U.S.C. § 1681n.

108. In the alternative, Experian were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

## THIRD CLAIM FOR RELIEF
## 15 U.S.C. § 1681e(b)

109. Plaintiff incorporates by reference each of the allegations set forth in the preceding paragraphs.

110. Experian failed to follow reasonable procedures to assure maximum possible accuracy of the trended data in Plaintiff's credit report, in violation of 15 U.S.C. § 1681e(b). By including incomplete trended data, Experian disseminated inaccurate and misleading information to third parties, directly causing harm to Plaintiff's creditworthiness.

111. Experian conduct in violating § 1681e(b) was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and in an amount to be determined pursuant to 15 U.S.C. § 1681n.

112. In the alternative, they were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Vance Dotson respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants Experian Information Solutions, Inc. for the following:

a.  Judgment that Defendants violated the FCRA;

b.  Actual or Statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

c.  Punitive and/or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

d.  Costs, and Expenses incurred in this action pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

e.  For such other and further relief as the Court may deem just and proper.

                        Respectfully submitted:

_Vance Dotson_

Vance Dotson

425 W. Wilshire Blvd Ste., E

Oklahoma City, OK 73116

405-406-7323

vancedotson@yahoo.com

## EXHIBIT LIST

### ATTACHED EXHIBIT LIST

1.  Plaintiff Experian Consumer Disclosure, February 6, 2025

2.  Plaintiff Experian Re-Investigation, March 17, 2025
3.  FTC Opinion Letter.
4.  Plaintiff Dispute Letter
5.  Plaintiff Counseling Receipts 1, 2, 3, 4, 5, 6

6.  Plaintiff Full Experian Consumer Disclosure, February 6, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I served a copy of the foregoing **Amended Complaint** on the following via CM/ECF:

Jimmy Goodman

324 North Robinson Ave., Ste 100
Oklahoma City, OK 73102