IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON,<br>    Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>    Defendant. | Civil Action No.:CIV-25-CU-00605-SLP |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Experian Information Solutions, Inc. ("Experian"), by its attorneys pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss Plaintiff Vance Dotson's Amended Complaint.

In support, Defendant's Memorandum in Support of its Motion to Dismiss is filed contemporaneously herewith.

Dated: August 11, 2025                                  Respectfully submitted,

                                                        */s/ Jimmy Goodman*
                                                        JIMMY GOODMAN, OBA #3451
                                                        CROWE & DUNLEVY
                                                        A Professional Corporation
                                                        Braniff Building
                                                        324 North Robinson Ave., Ste. 100
                                                        Oklahoma City, Oklahoma 73102
                                                        (405) 235-7700
                                                        jimmy.goodman@crowedunlevy.com

                                                        ***ATTORNEY FOR EXPERIAN
                                                        INFORMATION SOLUTIONS, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy was also served upon the following by email and U.S. mail:

Vance Dotson
425 W. Wilshire Blvd., Suite E
Oklahoma City, Oklahoma  73116
vancedotson@yahoo.com
*Pro Se Plaintiff*

*/s/ Jimmy Goodman*