THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON<br>　　　Plaintiff, | )<br>) JURY TRIAL DEMANDED<br>) |
| v. | ) Case No.<br>)　25-CV-00605-SLP |
| EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　Defendants. | )<br>)<br>)<br>) |

FILED
AUG 20 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURRPLY

Plaintiff Vance Dotson, hereby moves this Court, pursuant to Local Rule 7.1(h) and the Federal Rules of Civil Procedure, for leave to file a surreply to Defendant Experian Information Solutions, Inc.'s Reply Memorandum of Law in Support of its Motion to Dismiss. In support of this motion, Plaintiff states as follows:

1. **Need for Surreply**: Defendant's Reply Memorandum, filed on August 19, 2025, raises new arguments and legal authorities not previously addressed in Defendant's initial Motion to Dismiss or Plaintiff's Opposition. Specifically, Defendant cites cases such as

Bibbs v. Trans Union LLC, 43 F.4th 331 (3rd Cir. 2022), and Thomas v. Equifax Info. Servs., LLC, No. 3:19-cv-286, 2020 WL 1987949 (S.D. Ohio Apr. 27, 2020), to support its position that missing information does not constitute a material inaccuracy under the FCRA. These cases were not raised in the initial motion, necessitating a response to ensure a complete record.

2. **Fairness and Due Process**: Plaintiff has not had an opportunity to address these new citations and arguments, which could materially affect the Court's ruling. Allowing a surreply will provide Plaintiff a fair chance to rebut Defendant's assertions and clarify his position regarding the alleged misleading nature of the credit report.

3. **Proposed Surreply**: Plaintiff proposes to file a surreply limited to addressing the new legal authorities and arguments introduced in Defendant's Reply Memorandum. The surreply will not exceed five pages and will focus on demonstrating how the cited cases are distinguishable from the facts of this case.

WHEREFORE, Plaintiff Vance Dotson respectfully requests that this Court grant leave to file a surreply to Defendant's Reply Memorandum

of Law in Support of its Motion to Dismiss, and for such other relief as the Court deems just and proper.

Dated: August 20, 2025
Respectfully submitted,

_/s/ Vance Dotson_
**Vance Dotson**
425 W. Wilshire Blvd., Suite E
Oklahoma City, Oklahoma 73116
vancedotson@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I caused the foregoing document to be served upon the following by via CM/ECF:

Jimmy Goodman, OBA #3451
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 North Robinson Ave., Ste. 100
Oklahoma City, Oklahoma 73102
jimmy.goodman@crowedunlevy.com
Attorney for Experian Information Solutions, Inc.

_/s/ Vance Dotson_
**Vance Dotson**